IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JACQUELINE WILLIAMS, as Special
Adminstrator of the Estate of Autry Lee
Sams, deceased, and on behalf of the
wrongful death beneficiaries of Autry
Lee Sams                                                                                                    PLAINTIFF


v.                                              Civil No. 1:18-cv-1028


CAMDEN II OPERATIONS, LLC
d/b/a/ Pine Hills Health and Rehabilitation
Center, *et al.*                                                                                            DEFENDANTS

# **ORDER**

Before the Court is Plaintiff Jacqueline Williams' Motion for Voluntary Dismissal as to Separate Defendant Ross M. Ponthie. (ECF No. 26). Defendants have not responded, and their time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

Plaintiff asks the Court to dismiss her claims against Separate Defendant Ross M. Ponthie without prejudice, pursuant to Federal Rule of Civil Procedure 41. Rule 41 governs the dismissal of actions. Rule 41(a) expressly provides for the voluntary dismissal of an action by the plaintiff or by court order in subsections (a)(1) and (a)(2), respectively. Pursuant to Rule 41(a)(2), an action may be dismissed by court order at the plaintiff's request, on terms the court considers proper. "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Upon consideration, the Court finds that good cause for the motion has been shown. Defendants do not argue that they will be prejudiced by the dismissal of Separate Defendant Ross M. Ponthie, and the Court therefore finds that no prejudice would occur. Accordingly, Plaintiff's

motion (ECF No. 26) is hereby **GRANTED**. Plaintiff's claims against Separate Defendant Ross M. Ponthie are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge
